# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Abdul Rahman Shadabadi,**<br>　　　Petitioner,<br>vs.<br>**Craig Apker,**<br>　　　Respondent. | CV-10-061-TUC-DCB (HCE)<br>ORDER |

Magistrate Judge Estrada issued his Report and Recommendation on December 22, 2010, recommending that the District Court deny Petitioner's Amended Petition for Writ of Habeas Corpus and dismiss the action with prejudice. A copy was sent to all parties on December 22, 2010, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Estrada's thorough and well-reasoned Report and Recommendation (Doc. 39) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED the Amended Petition for Writ of Habeas Corpus (Doc. 17) is DENIED and this action is dismissed with prejudice. A Final Judgment shall enter separately.

DATED this 11th day of January, 2011.

David C. Bury
United States District Judge